**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)**

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

Oct 19  12 07 PM '94

RALPH L. DeLOACH.

BY _____ DEPUTY
AT TOPEKA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. <u>94-CR-40017-01/07-SAC</u> |
| | ) |
| JESSIE AILSWORTH, JR., | ) |
| aka "J.C.", | ) |
| UNDRA P. MOCK, | ) |
| KENNETH R. TORAIN, | ) |
| ARNETT LOUISE RICE, | ) |
| aka Delores Perry, | ) |
| TERRANCE J. DOUGLAS, | ) |
| aka "T", | ) |
| GEORGE STEWART, JR., | ) |
| aka "Pigg", and | ) |
| CALVIN LEE CONWAY, | ) |
| Defendants.) | ) |

---

<u>**SECOND SUPERSEDING INDICTMENT**</u>

The Grand Jury charges:

<u>**COUNT 1**</u>

From on or about the 19th day of March, 1993, to on or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly, willfully and unlawfully combine, conspire, confederate and agree with each other, and with other persons whose identities are unknown to the grand jury, to possess, with the intent to distribute or dispense, 50 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit:

287

approximately 1947.58 grams of cocaine base or crack cocaine, a Schedule II controlled substance.

The foregoing is in violation of Title 21, United States Code, Section 846;  with reference to Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

<u>COUNT 2</u>

On or about the 19th day of March, 1993, at approximately 4:01 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Undra Mock, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 3 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 3

On or about the 19th day of March, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, 5 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 9.52 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 4

On or about the 19th day of March, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $1,200.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title

3

7, United States Code, Section 2011 <u>et</u>. <u>seq</u>., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

### COUNT 5

On or about the 2nd day of April, 1993, at approximately 1:35 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 6 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

4

## COUNT 6

On or about the 2nd day of April, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 1.53 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 7

On or about the 2nd day of April, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $3,100.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 et. seq., or the regulations

5

issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

## COUNT 8

On or about the 23rd day of April, 1993, at approximately 12:40 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Lorraine C. Olagbegi with Undra Mock listed as guarantor, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

6

**COUNT 9**

On or about the 23rd day of April, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $1,800.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 et. seq., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

**COUNT 10**

On or about the 18th day of May, 1993, at approximately 5:30 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which

7

contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 11 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

### COUNT 11

On or about the 18th day of May, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, 5 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 15.5 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

8

<u>**COUNT 12**</u>

On or about the 18th day of May, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $2,500.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 <u>et</u>. <u>seq</u>., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

<u>**COUNT 13**</u>

On or about the 7th day of July, 1993, at approximately 6:22 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Undra Mock, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or

crack cocaine, a Schedule II controlled substance, as alleged in Count 14 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

<u>COUNT 14</u>

On or about the 7th day of July, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, 5 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 13.31 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 15

On or about the 7th day of July, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $2,400.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 et. seq., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

## COUNT 16

On or about the 8th day of July, 1993, at approximately 3:55 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled

11

substance, as alleged in Count 18 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

### COUNT 17

On or about the 3rd day of August, 1993, at approximately 1:54 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Lorraine C. Olagbegi with Undra Mock listed as guarantor, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 18 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

**COUNT 18**

On or about the 3rd day of August, 1993, in the District of
Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to
distribute or dispense, 5 grams or more of a mixture or substance
which contained cocaine base or crack cocaine, to wit:
approximately 16.9 grams of cocaine base or crack cocaine, a
Schedule II controlled substance, in violation of Title 21, United
States Code, Section 841(a)(1); with reference to Title 21, United
States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18,
United States Code, Section 2.

**COUNT 19**

On or about the 3rd day of August, 1993, in the District of
Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value
of $2,000.00, in a manner not authorized by the United States
Department of Agriculture's Food Stamp Program, Chapter 51 of Title

13

7, United States Code, Section 2011 et. seq., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

## COUNT 20

On or about the 13th day of October, 1993, at approximately 8:50 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 22 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 21

On or about the 13th day of October, 1993, at approximately 9:30 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 22 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 22

On or about the 14th day of October, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, 5 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 21.8 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT 23

On or about the 14th day of October, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $2,400.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 et. seq., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

16

## COUNT 24

On or about the 14th day of October, 1993, at approximately 7:47 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 22 and 27 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 25

On or about the 20th day of October, 1993, at approximately 5:06 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Terence Douglas, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 22 and 27 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 26

On or about the 19th day of November, 1993, at approximately 9:59 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Terence Douglas, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 27 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 27

On or about the 19th day of November, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

19

did knowingly and intentionally possess, with the intent to distribute or dispense, 5 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 33.81 grams of cocaine base or crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT 28**

On or about the 19th day of November, 1993, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly acquire and possess food stamp coupons with a value of $3,600.00, in a manner not authorized by the United States Department of Agriculture's Food Stamp Program, Chapter 51 of Title 7, United States Code, Section 2011 et. seq., or the regulations issued pursuant to said chapter, in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

20

## COUNT 29

On or about the 9th day of February, 1994, at approximately 5:03 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Terence Douglas, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 35 and 38 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

21

## COUNT 30

On or about the 9th day of February, 1994, at approximately 5:05 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Terence Douglas, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 35 and 38 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

22

## COUNT 31

On or about the 22nd day of February, 1994, at approximately 3:49 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a cellular telephone subscribed to by Undra Mock, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 35 and 38 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

23

## COUNT 32

On or about the 16th day of March, 1994, at approximately 6:49 p.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 35 and 38 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 33

On or about the 18th day of March, 1994, at approximately 10:35 a.m., at Topeka, Kansas, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the possession, with the intent to distribute or dispense, a mixture or substance which contained cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Counts 35 and 38 herein, in violation to Title 21, United States Code, Section 841(a)(1), a felony under the Controlled Substances Act.

The foregoing is in violation of Title 21, United States Code, Section 843(b), with reference to Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

<u>COUNT 34</u>

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a firearm, to wit: a Bryco, model 48, .380 caliber, semi-automatic, pistol, serial number 521690, seized from the residence of **JESSIE AILSWORTH, JR., aka "J.C.",** at 2418 S.E. Jefferson, Topeka, Kansas, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit:  conspiracy to possess, with the intent to distribute or dispense, cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 1 herein, in violation of Title 21, United States Code, Section 846;  with

25

reference to Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The foregoing is in violation of Title 18, United States Code, Sections 924(c)(1) and 2, with reference to Title 21, United States Code, Section 846.

### COUNT 35

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,

did knowingly and intentionally possess, with the intent to distribute or dispense, 50 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 310.59 grams of cocaine base or crack cocaine, a Schedule II controlled substance, seized from the residence of **UNDRA P. MOCK,** at 3700 S.E. Powell, Topeka, Kansas.

The foregoing is in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(A) and Title 18, United States Code, Section 2.

26

## COUNT 36

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

did unlawfully, knowingly and intentionally control a building, room, or enclosure, to wit: the residence of **UNDRA P. MOCK,** at 3700 S.E. Powell, Topeka, Kansas, either as an owner, lessee, agent, employee, or mortgagee, and knowingly and intentionally made available for use said building, room, or enclosure for the purpose of unlawfully storing a controlled substance, to wit: approximately 310.59 grams of cocaine base or crack cocaine, a Schedule II controlled substance, as charged in Count 35 herein.

The foregoing is in violation of Title 21, United States Code, Section 856; with reference to Title 21, United States Code, Sections 846, 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

27

<u>COUNT 37</u>

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",
UNDRA P. MOCK,
KENNETH R. TORAIN,
ARNETT LOUISE RICE, aka Delores Perry,
TERRANCE J. DOUGLAS, aka "T",
GEORGE STEWART, JR., aka "Pigg",
and
CALVIN LEE CONWAY,**

knowingly and intentionally used a firearm, to wit:  a Taurus, model PT58SS, .380 caliber, semi-automatic, pistol, serial #KMA88755, seized from the residence of **UNDRA P. MOCK,** at 3700 S.E. Powell, Topeka, Kansas, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit:   possession, with the intent to distribute or dispense, cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 35 herein, in violation of Title 21, United States Code, Section 841(a)(1);  with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The foregoing is in violation of Title 18, United States Code, Sections 924(c)(1) and 2, with reference to Title 21, United States Code, Section 846.

<u>COUNT 38</u>

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly and intentionally possess, with the intent to distribute or dispense, 50 grams or more of a mixture or substance which contained cocaine base or crack cocaine, to wit: approximately 1524.62 grams of cocaine base or crack cocaine, a Schedule II controlled substance, seized from the residence of **TERRANCE J. DOUGLAS, aka "T",** at 1506 S.E. 25th Street, Topeka, Kansas.

The foregoing is in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(A) and Title 18, United States Code, Section 2.

<u>COUNT 39</u>

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did unlawfully, knowingly and intentionally control a building, room, or enclosure, to wit:  the residence of **TERRANCE J. DOUGLAS, aka "T",** at 1506 S.E. 25th Street, Topeka, Kansas, either as an owner, lessee, agent, employee, or mortgagee, and knowingly and intentionally made available for use said building, room, or enclosure for the purpose of unlawfully storing a controlled substance, to wit:  approximately 1524.62 grams of cocaine base or crack cocaine, a Schedule II controlled substance, as charged in Count 38 herein.

The foregoing is in violation of Title 21, United States Code, Section 856;  with reference to Title 21, United States Code, Sections 846, 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

<u>**COUNT 40**</u>

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

knowingly and intentionally used a firearm, to wit:  a Phoenix Arms, Raven, .25 caliber, semi-automatic, pistol, with the serial number obliterated, seized from the residence of **TERRANCE J. DOUGLAS, aka "T",** at 1506 S.E. 25th Street, Topeka, Kansas, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit:  possession,

30

with the intent to distribute cocaine base or crack cocaine, a Schedule II controlled substance, as alleged in Count 38 herein, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846, 812 and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The foregoing is in violation of Title 18, United States Code, Sections 924(c)(1) and 2, with reference to Title 21, United States Code, Section 846.

### COUNT 41

On or about the 22nd day of March, 1994, in the District of Kansas, the defendants,

**JESSIE AILSWORTH, JR., aka "J.C.",**
**UNDRA P. MOCK,**
**KENNETH R. TORAIN,**
**ARNETT LOUISE RICE, aka Delores Perry,**
**TERRANCE J. DOUGLAS, aka "T",**
**GEORGE STEWART, JR., aka "Pigg",**
**and**
**CALVIN LEE CONWAY,**

did knowingly, wilfully and intentionally receive or possess a firearm having the serial number or other identification required by chapter 53 of Title 26, United States Code, obliterated, removed, changed or altered, to wit: a Phoenix Arms, Raven, .22 caliber, semi-automatic, pistol, with the serial number obliterated, seized from the residence of **TERRANCE J. DOUGLAS, aka "T"**, at 1506 S.E. 25th Street, Topeka, Kansas.

The foregoing is in violation of Title 26, United States Code, Section 5861(h), with reference to Title 26, United States Code, Sections 5845(a) and 5871, and Title 18, United States Code, Sections 921(a) and 2.

31

## COUNT 42

On or about the 22nd day of March, 1994, in the District of Kansas, the defendant,

**JESSIE AILSWORTH, JR., aka "J.C.",**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:   on April 2, 1990, **JESSIE AILSWORTH, JR., aka "J.C."**, was found guilty of possession, with intent to sell, a narcotic drug, a violation of Kansas Statute Annotated 65-4127a and 21-4501(c), and drug dealer's failure to pay Kansas Drug Tax, a violation of Kansas Statute Annotated 79-5201, et. seq. and 79-5208, both felony offenses, in the District Court of Shawnee County, Kansas, case number 89-CR-1598, did knowingly possess, in and affecting commerce, a firearm, to wit:  a Bryco, model 48, .380 caliber, semi-automatic, pistol, serial number 521690, and/or a Taurus, model PT58SS, .380 caliber, semi-automatic, pistol, serial #KMA88755 and/or a Phoenix Arms, Raven, .25 caliber, semi-automatic, pistol, with the serial number obliterated, which had been shipped or transported in interstate or foreign commerce.

The foregoing is in violation of Title 18, United States Code, Sections 922(g) and 924 (a)(2), with reference to Title 21, United States Code, Sections 846 and Title 18, United States Code, Section 2.

32

## COUNT 43

On or about the 22nd day of March, 1994, in the District of Kansas, the defendant,

### GEORGE STEWART, JR., aka "Pigg",

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:   on September 2, 1993, **GEORGE STEWART, JR., aka "Pigg"**, was found guilty of attempted possession, with intent to sell, a narcotic drug, a violation of Kansas Statute Annotated 65-4127a and 21-3301, a felony offense, in the District Court of Shawnee County, Kansas, case number 93-CR-1385, did knowingly possess, in and affecting commerce, a firearm, to wit: a Bryco, model 48, .380 caliber, semi-automatic, pistol, serial number 521690, and/or a Taurus, model PT58SS, .380 caliber, semi-automatic, pistol, serial #KMA88755 and/or a Phoenix Arms, Raven, .25 caliber, semi-automatic, pistol, with the serial number obliterated, which had been shipped or transported in interstate or foreign commerce.

The foregoing is in violation of Title 18, United States Code, Sections 922(g) and 924 (a)(2), with reference to Title 21, United States Code, Sections 846 and Title 18, United States Code, Section 2.

## COUNT 44

On or about the 22nd day of March, 1994, in the District of Kansas, the defendant,

### CALVIN LEE CONWAY,

33

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:  on December 18, 1991, **CALVIN LEE CONWAY**, was found guilty of two counts of forgery, a violation of Kansas Statute Annotated 21-3710, felony offenses, in the District Court of Shawnee County, Kansas, case number 91-CR-1192 and on December 9, 1992, **CALVIN LEE CONWAY**, was found guilty of burglary, a violation of Kansas Statute Annotated 21-3715, a felony offense, in the District Court of Leavenworth, Kansas, case number 9204CR110, did knowingly possess, in and affecting commerce, a firearm, to wit:  a Bryco, model 48, .380 caliber, semi-automatic, pistol, serial number 521690, and/or a Taurus, model PT58SS, .380 caliber, semi-automatic, pistol, serial #KMA88755 and/or a Phoenix Arms, Raven, .25 caliber, semi-automatic, pistol, with the serial number obliterated, which had been shipped or transported in interstate or foreign commerce.

The foregoing is in violation of Title 18, United States Code, Sections 922(g) and 924 (a)(2), with reference to Title 21, United States Code, Sections 846 and Title 18, United States Code, Section 2.

### COUNT 45

On or about the 22nd day of March, 1994, in the District of Kansas, the defendant,

**ARNETT LOUISE RICE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:  on September 27, 1990, **ARNETT LOUISE RICE**, was found guilty of forgery, a violation of Kansas

34

Statute Annotated 21-3710, a felony offense, in the District Court of Shawnee County, Kansas, case number 90-CR-965, did knowingly possess, in and affecting commerce, a firearm, to wit: a Bryco, model 48, .380 caliber, semi-automatic, pistol, serial number 521690, and/or a Taurus, model PT58SS, .380 caliber, semi-automatic, pistol, serial #KMA88755 and/or a Phoenix Arms, Raven, .25 caliber, semi-automatic, pistol, with the serial number obliterated, which had been shipped or transported in interstate or foreign commerce.

The foregoing is in violation of Title 18, United States Code, Sections 922(g) and 924 (a)(2), with reference to Title 21, United States Code, Sections 846 and Title 18, United States Code, Section 2.

**A TRUE BILL.**

_Oct. 19, 1994_
_____
DATE

FOREMAN OF THE GRAND JURY

_J S Shealer_
_____
Asst. UNITED STATES ATTORNEY
DISTRICT OF KANSAS

[It is requested that trial be held in Topeka, Kansas]

Bond Set At:   $ _Detention_____
(JESSIE C. AILSWORTH, aka "J.C.")

Bond Set At:   $ _Detention_____
(UNDRA P. MOCK)

35

Bond Set At:   $_____*50 000 ~ thousand bond*_____
                (KENNETH R. TORAIN)

Bond Set At:   $_____*Detention*_____
                (ARNETT LOUISE RICE, aka Delores Perry)

Bond Set At:   $_____*Detention*_____
                (TERRANCE J. DOUGLAS, aka "T")

Bond Set At:   $_____*Detention*_____
                (GEORGE STEWART, JR., aka "Pigg")

Bond Set At:   $_____*Detention*_____
                (CALVIN LEE CONWAY)

_____
UNITED STATES DISTRICT JUDGE

## PENALTIES

1.   Cts. 1, 35 and 38:   NLT 10 yrs. or more than life imprisonment, $4 million fine, super. rel. of at least 5 yrs., and $50 special assessment.  If a prior conviction for a felony drug offense has become final, NLT 20 yrs. or more than life imprisonment, $8 million fine, super. rel. of at least 10 yrs., and $50 special assessment.  See 21 USC §§ 841(b)(1)(A) and 851.

2.   Cts. 3, 11, 14, 18, 22 and 27:   NLT 5 yrs. and NMT 40 yrs. imprisonment, $2 million fine, super. rel. of at least 4 yrs., and $50 special assessment.  If a prior conviction for a felony drug offense has become final, NLT 10 yrs. or more than life imprisonment, $4 million fine, super. rel. of at least 8 yrs., and $50 special assessment.  See 21 USC §§ 841(b)(1)(B) and 851.

3.   Ct. 6: NMT 20 yrs. imprisonment, $1 million fine, super. rel. at least 3 yrs., and $50 special assessment.  If a prior conviction for a felony drug offense has become final, NMT 30 yrs. imprisonment, super. rel. at least 6 yrs., $2 million fine, and $50 special assessment.  See 21 USC §§ 841(b)(1)(C) and 851.

4.   Cts. 2, 5, 8, 10, 13, 16, 17, 20, 21, 24, 25, 26, 29 - 33: NMT 4 yrs. and/or $250,000 fine, super. rel. NMT 1 yr., and $50 special assessment.  See 21 USC §§ 843(b) and (c) and 18 USC §§ 3571 and 3583.

5.   Cts. 4, 7, 9, 12, 15, 19, 23 and 28: NMT 5 yrs. imprisonment, $250,000 fine, NMT 3 yrs. super. rel., and $50 special assessment. See 7 USC § 2024, and 18 USC §§ 3571 and 3583.

6.   Cts. 34, 37 and 40:  5 yrs. imprisonment consecutive to any other term of imprisonment, $250,000 fine, NMT 3 yrs. super. rel., and $50 special assessment.  In the case of a second or subsequent conviction, 20 yrs. imprisonment, $250,000 fine, NMT 3 yrs. super. rel., and $50 special assessment.  See 18 USC §§ 924(c), 3571 and 3583.

7.   Cts. 36 and 39:  NMT 20 yrs. imprisonment, NMT $500,000 fine, NMT 3 yrs. super. rel., and $50 special assessment.  See 21 USC § 856, and 18 USC § 3583.

8.   Ct. 41:  NMT 10 yrs. imprisonment, $250,000 fine, NMT 3 yrs. super. rel., and $50 special assessment.  See 26 USC §§ 5861 and 5871, and 18 USC §§ 3571 and 3583.

9.   Cts. 42 - 45:  NMT 10 yrs. imprisonment, $250,000 fine, NMT 3 yrs. super. rel., and $50 special assessment.  See 18 USC §§ 922(g), 924(a)(2), 3571 and 3583.